# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| AFS LOGISTICS, LLC <br> _Plaintiff_ <br> v. <br> CHRISTOPHER R.W. COCHRAN, ALESSANDRO RUSTIONI, and FREIGHTWISE, LLC <br> _Defendant_ | ) ) ) ) ) ) ) ) | Civil Action No. 316-3139 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  CHRISTOPHER R.W. COCHRAN
5182 Remmington Drive
Brentwood, TN 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Todd Cole, Esq.
COLE LAW GROUP, P.C.
750 Old Hickory Blvd., Ste 2-202
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

_CLERK OF COURT_

Date: _12/05/2016_

_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| AFS LOGISTICS, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:16-3139 |
| CHRISTOPHER R.W. COCHRAN, ALESSANDRO RUSTIONI, and FREIGHTWISE, LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FREIGHTWISE, LLC
c/o United States Corporation Agents, Inc.
500 North Rainbow BLVD. Suite 300A
Las Vegas, NV 89107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Todd Cole, Esq.
COLE LAW GROUP, P.C.
750 Old Hickory Blvd., Ste 2-202
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: 12/05/2016

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| AFS LOGISTICS, LLC <br><br> *Plaintiff* <br><br> v. <br><br> CHRISTOPHER R.W. COCHRAN, ALESSANDRO RUSTIONI, and FREIGHTWISE, LLC <br><br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 3:16-3139 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ALESSANDRO RUSTIONI,
                                                     211 Burnt Leaf Lane
                                                     Brentwood, TN. 37027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Todd Cole, Esq.
                                                     COLE LAW GROUP, P.C.
                                                    750 Old Hickory Blvd., Ste 2-202
                                                    Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                    KEITH THROCKMORTON
                                                                                    *CLERK OF COURT*

Date:    12/05/2016                                                                    *Signature of Clerk or Deputy Clerk*